IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Byron | Case Number: 08 B 23492 |
|---|---|---|
| | Williams, S'Earl | Judge: Hollis, Pamela S |
| | Printed: 03/10/09 | Filed: 9/5/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: January 5, 2009
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 948.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 948.00 |
| Totals: | 948.00 | 948.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 5. | American General Finance | Secured | 3,781.00 | 0.00 |
| 6. | Capital One Auto Finance | Secured | 9,000.00 | 0.00 |
| 7. | Litton Loan Servicing | Secured | 23,452.00 | 0.00 |
| 8. | Illinois Dept of Revenue | Priority | 421.00 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 9.96 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 80.00 | 0.00 |
| 11. | Capital One Auto Finance | Unsecured | 832.01 | 0.00 |
| 12. | Nationwide Acceptance Corp | Unsecured | 0.00 | 0.00 |
| 13. | PRA Receivables Management | Unsecured | 84.79 | 0.00 |
| 14. | ICS Payday Loans | Unsecured | 149.37 | 0.00 |
| 15. | Internal Revenue Service | Priority |  | No Claim Filed |
| 16. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 17. | Advocate South Suburban Hosp | Unsecured |  | No Claim Filed |
| 18. | Internal Revenue Service | Unsecured |  | No Claim Filed |
| 19. | AmeriCash Loans, LLC | Unsecured |  | No Claim Filed |
| 20. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 21. | Check N Go | Unsecured |  | No Claim Filed |
| 22. | Payday Loan | Unsecured |  | No Claim Filed |
| 23. | Payday Loan | Unsecured |  | No Claim Filed |
| 24. | Legal Helpers | Unsecured |  | No Claim Filed |
| 25. | Verizon Wireless | Unsecured |  | No Claim Filed |
| 26. | Illiana Anesthesia LLC | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Byron | Case Number: 08 B 23492 |
|---|---|---|
| | Williams, S'Earl | Judge: Hollis, Pamela S |
| | Printed: 03/10/09 | Filed: 9/5/08 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Lakeside Surgery Center LLC | Unsecured | | No Claim Filed |
| 28. | Illinois Dept of Revenue | Unsecured | | No Claim Filed |
| | | | $ 37,810.13 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*